IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELIA AGUILAR, | No. C 12-06308 RS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LAW OFFICES OF LES ZIEVE, *et al.*, | |
| Defendants. | |

The Court is in receipt of Delia Aguilar's Petition to the Court for Criminal Investigation of Defendants. Although this case has been assigned a civil case number, it is at heart a demand for a criminal prosecution as it demands "an investigation for civil and criminal charges against [defendants], and seeks that punishment is sought to the highest in the law" in addition to monetary damages. No citizen can file a criminal complaint in federal court. Accordingly, plaintiff is ordered to show cause why this case should not be dismissed. Further, before this case can proceed, plaintiff is instructed to affect service on the named defendants. Plaintiff's response to this Order shall be due within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated: 12/20/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-06308-RS
ORDER