IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DELIA AGUILAR,

    Plaintiff,

v.

LAW OFFICES OF LES ZIEVE, *et al.*,

    Defendants.

No. C 12-06308 RS

**ORDER DISMISSING CASE WITH PREJUDICE**

    Delia Aguilar filed an amended complaint captioned as an "amended petition to state and federal agencies an intervention for a criminal investigation of defendants as demanded by title 18 USC section 4 and title 42 under the color of law, notice of misprision of felony" against a host of defendants. While somewhat hard to decipher, the complaint appeared to advance claims for civil rights violations under 42 U.S.C. Sections 1983 and 1986 and a criminal complaint for failure to report a felony under 18 U.S.C. Section 4.

    Defendants moved to dismiss the complaint and Aguilar filed no opposition. The motion was granted with prejudice to the extent that Aguilar sought criminal investigation into, or criminal prosecution of, any defendants. Her putative civil claims were dismissed without prejudice and she

was informed that failure to file an amended complaint on or before March 15, 2013, would result in her case being dismissed without further notice. No such complaint having been filed, it hereby is.

IT IS SO ORDERED.

Dated: 4/2/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE